THE MERCHANTS COMPANY, et al. *v.* WALLACE

No. 43933 January 17, 1966 181 So. 2d 926

*William G. Beanland, Brunini, Everett, Grantham & Quin,* Jackson and Vicksburg, for appellants.

*W. E. Gore, Jr., Pyles & Tucker,* Jackson, for appellee.

Smith, J.

On a former day this Court sustained appellee's motion to strike the transcript and to dismiss the appeal for want of jurisdiction in this Court.

Now appellee has filed a motion requesting this Court to make an allowance of fees to compensate his attorney for services on the appeal here.

 ██ Having decided that this Court never acquired jurisdiction of the case, we are bound to take notice of our want of jurisdiction to act upon the present motion for attorneys' fees. 21 C.J.S. *Courts* § 114 at 175 (1940).

Motion denied.

All Justices concur.